UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY C. DOLL, JR. | CIVIL ACTION NO. 11-1090 |
| VERSUS | SECTION " " |
| BOH. BROS. CONSTR. CO., L.L.C. | MAGISTRATE ( ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SEAMAN'S COMPLAINT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Complainant, JOHNNY C. DOLL, JR., a person of the full age of majority and domiciled in and a resident of the State of Louisiana, United States of America, with respect represents:

I.

The jurisdiction of this Court is invoked as complainant was, at all times pertinent hereto, a seaman entitled to the benefits of Admiralty, General Maritime Laws, Section 33 of the Merchant Marine Act of 1920, the Jones Act, the Judiciary Act of 1789 (28 U.S.C. Section 1333) and under other applicable statutory law, ordinances, regulations, and common laws of the United States of America and the State of Louisiana.

II.

Complainant is a "seaman" within the meaning of the Jones Act and General Maritime Law, and requests trial by jury.

III.

Made defendant herein is BOH BROS. CONSTRUCTION COMPANY, L.L.C., a domestic limited liability company, with its principal place of business being at New Orleans, Louisiana, which is within the Eastern District of Louisiana.

IV.

At all times pertinent hereto, complainant, JOHNNY C. DOLL, JR., was a seaman acting in the course and scope of his employment as deckhand and engineer in the employ of the defendant, BOH BROS. CONSTRUCTION COMPANY, L.L.C., aboard the pushboat(s) MR. JUNIUS and/or MR. STEWART and/or SAM T.

V.

At all times pertinent hereto, the aforesaid pushboat(s) was or were owned, operated, maintained, and/or controlled by defendant, BOH BROS. CONSTRUCTION COMPANY, L.L.C.

VI.

At all times pertinent hereto, said pushboat(s) was or were chartered by defendant BOH BROS. CONSTRUCTION COMPANY, L.L.C.

VII.

On or about December 21, 2010, complainant, JOHNNY C. DOLL, JR., sustained serious, painful and permanently disabling injuries while aboard a barge used by defendant in construction of the new Interstate 10 õTwin Spansö over Lake Ponchartrain, between New Orleans, Louisiana and Slidell, Louisiana. Your complainant contributed to the overall intended purpose of the aforesaid vessel(s).

VIII.

The aforedescribed accident resulted from negligence attributable to defendant, its agents, servants, employees and representatives.

IX.

The aforedescribed accident, alternatively and/or concurrently, resulted from the unseaworthiness of the aforesaid vessel(s).

X.

More particularly, the vessel(s) in question should have been equipped with flashlights or other illumination so that the complainant would not have to walk in darkened areas of the vessel(s) and adjacent barges. Your complainant fell and was injured because of an open manhole on the deck of the barge or because of some other obstruction or object, which he could not see in the prevailing darkness. The complainant had previously asked that the defendant provide a flashlight, to no avail.

XI.

Defendant, BOH BROS. CONSTRUCTION COMPANY, L.L.C., is indebted unto your complainant, JOHNNY C. DOLL, JR., for the damages occasioned by defendant's and its agents', representative's, servants' and employees' acts and omissions, which negligence is attributed to defendant under the doctrines of *respondeat superior,* principal and agent, master and servant, and/or *res ipsa loquitor.*

XII.

As a result of the aforesaid incident, complainant has sustained serious and permanent injuries to his person, causing him great pain and suffering, and preventing him from performing his usual occupation, all to his damage and detriment, in the amount

of at least SEVEN HUNDRED AND FIFTY THOUSAND AND NO/100 ($750,000.00) DOLLARS in actual damages.

## XIII.

Complainant is entitled to recover from defendant actual damages, in the amount stated above, for past, present and future pain and suffering; past, present and future mental anguish; past, present and future medical and chiropractic expenses; past, present and future lost wages and loss of earning capacity; disfigurement; disability; loss of physical function; loss of ability to enjoy life and the ability to pursue happiness; inconvenience; humiliation and embarrassment; and among other damages, found during discovery and proven at trial.

## XIV.

Complainant, upon becoming sick, sore, lame, and injured became entitled to maintenance benefits at the rate of $50.00 per day, until such time as he reached maximum medical improvement, for all cure and/or medical care required, and for attorney fees and costs in default thereof.

WHEREFORE, complainant, JOHNNY C. DOLL, JR., prays that defendant, BOH BROS. CONSTRUCTION COMPANY, L.L.C., be duly cited to appear and answer this complaint, and after all due proceedings had, there be judgment against defendant, in the amount of at least SEVEN HUNDRED AND FIFTY THOUSAND AND NO/100 ($750,000) DOLLARS in actual damages, together with legal interest from date of injury, all costs of these proceedings and all general and equitable relief.

Respectfully submitted:

CLAYTON LAW FIRM, L.L.C.

  s/  Ben E. Clayton
By: Ben E. Clayton, LSBA No. 17512
Attorney for the Complainant,
Johnny C. Doll, Jr.
Suite õD,ö  200 Commercial Square Road
Slidell, Louisiana  70461
(985) 863-3065 voice
(985) 863-7707 facsimile
E-mail: benclayt@bellsouth.net

PLEASE SERVE WITH COMPLAINT AND
ATTACHED DISCOVERY ON:

Boh Bros. Construction Co., L.L.C.
Through its registered agent,
Michael G. Cullen
12203  Airline Highway
Baton Rouge, Louisiana  70817