UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY C. DOLL, JR.                           CIVIL ACTION

VERSUS                                        NO: 11-1090

BOH BROTHERS CONSTRUCTION CO., LLC            SECTION: "I"

JUDGMENT

This matter was brought before the Court following a call of the docket and notice to pro se plaintiff to show cause why no action has been taken. No good cause being shown, the Court ordered the case dismissed; wherefore,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of the defendant, and against plaintiff, dismissing the complaint at plaintiff's cost and without prejudice.

New Orleans, Louisiana, this 17th day of November, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE